THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
ELEANOR K. MERCADO (SB# 240028)
eleanormercado@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705

*Counsel for Nominal Defendant Causeway Capital Management Trust*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN H. WODKA, individually, derivatively and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          - against -<br><br>CAUSEWAY CAPITAL MANAGEMENT LLC, SARAH H. KETTERER, HARRY W. HARTFORD, JAMES A. DOYLE, JONATHAN P. ENG, KEVIN DURKIN, TURNER SWAN, GRACIE V. FERMELIA, MARK CONE, JOHN A. G. GAVIN, and ERIC H. SUSSMAN,<br><br>                    Defendants,<br>          - and -<br><br>CAUSEWAY CAPITAL MANAGEMENT TRUST, doing business as CAUSEWAY INTERNATIONAL VALUE FUND,<br><br>                    Nominal Defendant. | Case No. CV09-02625 R (RCx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOMINAL DEFENDANT CAUSEWAY CAPITAL MANAGEMENT TRUST'S MOTION TO DISMISS**<br><br>Assigned to Hon. Manuel L. Real<br><br>Date:   September 21, 2009<br>Time:   10:00 a.m.<br>Judge:  Honorable Manuel L. Real<br>Ctrm:   8 |

Nominal Defendant Causeway Capital Management Trust ("Trust") by its undersigned counsel, respectfully submits the Memorandum of Points and Authorities in Support of its Motion to Dismiss. Dismissal of this action is proper pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 as Plaintiff has failed to make demand on the Trust prior to filing suit, and has failed to allege any facts that would show that demand on the Trust's Board of Trustees at the time Plaintiff commenced this action would have been futile. The Nominal Defendant incorporates by reference Part III.A (pages 7-19) of the Memorandum of Points and Authorities submitted by Defendants John A.G. Gavin and Eric H. Sussman in support of their Motion to Dismiss.

DATED: June 26, 2009

THOMAS A. ZACCARO
ELEANOR K. MERCADO
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas Zaccaro

*Counsel for Nominal Defendant Causeway Capital Management Trust*