1  JOHN W. SPIEGEL (State Bar No. 078935)
   John.Spiegel@mto.com
2  MIRIAM KIM (State Bar No. 238230)
   Miriam.Kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
4  Los Angeles, CA  90071-1560
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  Attorneys for Defendants
   John A. G. Gavin and Eric H. Sussman
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   CENTRAL DIVISION

11

12 | STEVEN H. WODKA, individually, | CASE NO.  CV-09-02625 R (RCx)
   | derivatively and on behalf of all others |
13 | similarly situated, | **NOTICE OF ERRATA TO JOHN A.**
   | | **G. GAVIN AND ERIC H.**
14 | Plaintiff, | **SUSSMAN'S NOTICE OF MOTION**
   | | **AND MOTION TO DISMISS**
15 | - against - |

16 | CAUSEWAY CAPITAL |
   | MANAGEMENT LLC, SARA H. |
17 | KETTERER, HARRY W. HARTFORD, | Date:    September 21, 2009
   | JAMES A. DOYLE, JONATHAN P. | Time:   10:00 a.m.
18 | ENG, KEVIN DURKIN, TURNER | Judge:  Honorable Manuel L. Real
   | SWAN, GRACIE V. FERMELIA, | Ctrm:   8
19 | MARK CONE, JOHN A. G. GAVIN, |
   | and ERIC H. SUSSMAN, |

20 | Defendants, |

21 | - and - |

22 | CAUSEWAY CAPITAL |
   | MANAGEMENT TRUST, doing |
23 | business as CAUSEWAY |
   | INTERNATIONAL VALUE FUND, |
24 | |
   | Nominal Defendant. |
25

26

27

28

8228036.1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT "John A. G. Gavin and Eric H. Sussman's

3   Notice of Motion and Motion to Dismiss" electronically filed by Defendants John

4   A. G. Gavin and Eric H. Sussman on June 26, 2009, as Document 37, inadvertently

5   did not attach the "Proposed Order Granting John A. G. Gavin and Eric H.

6   Sussman's Motion to Dismiss."  A corrected "Notice of Motion to Dismiss" with

7   the attachment was electronically filed on June 26, 2009, as Document 39.  We

8   apologize for any inconvenience caused by this error.

9   DATED:   June 29, 2009                    MUNGER, TOLLES & OLSON LLP

10

11                                            By: /s/Miriam Kim

12                                                 MIRIAM KIM

13                                            Attorneys for Defendants
                                              John A. G. Gavin and Eric H. Sussman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8228036.1                        - 2 -                NOTICE OF ERRATA
                                                       CV-09-02625 R (RCx)