| | |
|---|---|
| Name | Thomas I. Sheridan, III (pro hac vice) |
| Address | 1112 Madison Avenue, 7th Floor |
| City, State, Zip | New York, NY 10016 |
| Phone | 212-784-6404 |
| Fax | 212-213-5949 |
| E-Mail | tsheridan@hanlyconroy.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN H. WODKA<br><br>PLAINTIFF(S),<br>v.<br>CAUSEWAY CAPITAL MANAGEMENT LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV09-02625 R (RCx)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____STEVEN H. WODKA_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   ORDER OF DISMISSAL

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___October 8, 2009___. Entered on the docket in this action on ___October 9, 2009___.

A copy of said judgment or order is attached hereto.

November 3, 2009
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL